UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br>Plaintiff,<br>v.<br>STANFORD HEALTH CARE, et al.,<br>Defendants. | Case No. 18-cv-03995-TSH<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br>Re: Dkt. No. 21 |

On September 11, 2018, Plaintiff Lakshmi Arunachalam filed a Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b), seeking one billion dollars in damages. ECF No. 21. The Ninth Circuit has stated that Rule 55 requires a "two-step process" consisting of: (1) seeking a clerk's entry of default, and (2) filing a motion for the entry of default judgment. *See Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) ("Eitel apparently fails to understand the two-step process required by Rule 55."); *Symantec Corp. v. Global Impact, Inc.*, 559 F.3d 922, 923 (9th Cir. 2009) (noting "the two-step process of 'Entering a Default' and 'Entering a Default Judgment'").

In light of the requirement to obtain entry of default before seeking default judgment, courts regularly deny motions for default judgment where default has not been previously entered. *See, e.g., Ardalan v. McHugh*, 2013 WL 6212710, at *23 (N.D. Cal. Nov. 27, 2013) ("Without first obtaining an entry of default against Defendants, Plaintiff's motion for default judgment is improperly before this Court."); *Marty v. Green*, 2011 WL 320303, at *3 (E.D. Cal. Jan. 28, 2011) ("Plaintiff's motion for default judgment is denied because plaintiff did not follow the procedural steps required to properly file a motion for default judgment. Specifically, plaintiff failed to seek a clerk's entry of default from the Clerk of Court prior to filing his motion for default judgment.");

*Norman v. Small*, 2010 WL 5173683, at *2 (S.D. Cal. Dec. 14, 2010) (denying plaintiff's motion for default judgment because "the clerk has not entered default").

In this case, default has not been entered against Defendants. Accordingly, Plaintiff's motion is improperly before this Court and the motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: September 12, 2018

THOMAS S. HIXSON
United States Magistrate Judge